NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REBECCA GALLOGLY,**
*Petitioner*

**v.**

**UNITED STATES,**
*Respondent*

---

2020-150

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in No. 1:20-cv-00261-MCW, Senior Judge Mary Ellen Coster Williams.

---

## ON PETITION AND MOTION

---

Before DYK, WALLACH, and TARANTO, *Circuit Judges.*

PER CURIAM.

### O R D E R

Rebecca Gallogly petitions for a writ of mandamus directing the United States Court of Federal Claims to docket submissions entitled "Plaintiff's Amended Objections to Defendant's Response to Plaintiff's Motion for Relief from Judgment," ECF No. 2-1 at 10–28, and "Motion for Leave

to File Amended Objections," ECF No. 2-1 at 29–45.  She also moves for leave to proceed *in forma pauperis*.

Review of the docket before the Court of Federal Claims shows that these documents were entered on the docket on September 14, 2020.  *See Gallogly v. United States*, No. 1:20-cv-00261-MCW (Fed. Cl. Aug. 28, 2020), ECF No. 33.  Additionally, on September 21, 2020, that court granted Dr. Gallogly's motion for leave to file amended objections.  *See Gallogly v. United States*, No. 1:20-cv-00261-MCW (Fed. Cl. Sept. 21, 2020), ECF No. 35.

Because Dr. Gallogly has received the requested relief, we deny her petition as moot.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition for writ of mandamus is denied as moot.

(2)  The motion for leave to proceed *in forma pauperis* is granted.

FOR THE COURT

October 19, 2020              /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court

s25